

# THE THIRTEENTH COURT OF APPEALS

13-18-00461-CV

Douglas Gengenbach, Viola Bazan, Individually and/or d/b/a Exotic Berry, LLC and/or Exotic Berry, LLC

v.

Ivonne Ochoa Angulo and Salvador Palacios, Individually and/or d/b/a Exotic Berry Frozen Yogurt

On appeal from the
County Court at Law No. 8 of Hidalgo County, Texas
Trial Cause No. CL-18-3329-H

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are taxed against appellant.

We further order this decision certified below for observance.

September 20, 2018